UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

CAROL A. GRIMSLEY,                              Civil No. 08-0548 (JRT/RLE)

                        Plaintiff,

v.

                                                **ORDER FOR DISMISSAL**

MESSERLI & KRAMER P.A. AND
MIDLAND FUNDING LLC,

                        Defendants.
_____

Thomas Lyons and Thomas Lyons, Jr., **CONSUMER JUSTICE CENTER, PA,** 367 Commerce Court, Vadnais Heights, MN 55127; Samuel Calvert, **SAM V. CALVERY, PA**, 1011 Second Street North, Suite 107, St. Cloud, MN 56303, for plaintiff.

Chrisopher Morris and Michael Klutho, **BASSFORD REMELE, PA**, 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402; Truman Schabilion, Brad Welp, and Derrick Weber, **MESSERLI & KRAMER**, 3033 Campus Drive, Suite 250, Plymouth, MN 55441, for defendants.

Plaintiff Carol A. Grimsley, by counsel, and Defendants Messerli & Kramer, P.A. and Midland Funding, LLC as successor in interest to Wells Fargo Financial, Inc., by counsel, having filed their Stipulation of Dismissal with Prejudice [Docket No. 47], AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

**IT IS HEREBY ORDERED** that all claims of Plaintiff against Defendants are **DISMISSED, WITH PREJUDICE**. Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

DATED: November 19, 2009
at Minneapolis, Minnesota.                         s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                             United States District Judge